**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Sony BMG Music Entertainment, et al.</u>

    v.                                              Civil No. 05-cv-289-SM

<u>Charles Winning</u>

**<u>REPORT AND RECOMMENDATION</u>**

    Plaintiff seeks a default judgment for the minimum statutory damages of $750.00 for each of fourteen infringed works. The default establishes the fourteen infringements. The statute establishes the damages of $10,500.00. Plaintiff has submitted evidence of its costs of $278.60. I recommend entry of judgment of $10,778.60 and the issuance of a permanent injunction in the form attached hereto.

    Any objections to this Report and Recommendation must be filed within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. See <u>Unauthorized Practice of Law Comm. v. Gordon</u>, 979 F.2d 11, 13-14 (1st Cir. 1992); <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986).

The motion to cancel damages hearing (document no. 9) is moot.

                                                      _/s/ James R. Muirhead_
                                                      James R. Muirhead
                                                      United States Magistrate Judge

Date:   March 9, 2006

cc:     Christopher Cole, Esq.