UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Sony BMG Music Entertainment, et al</u>

              v.                        Civil No. 05-cv-289-SM

<u>Charles Winning</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 9, 2006, no objection having been filed.   Judgment shall be entered in the amount of $10,778.60.  In addition, the permanent injunction recommended by the Magistrate Judge is hereby adopted in the form proposed and is issued as an order of this court.

    SO ORDERED.

April 7, 2006                                          _____
                                                  Steven J. McAuliffe
                                                  Chief Judge

cc:    Christopher Cole, Esq.